No. 439.  VAN RIPER *v.* UNITED STATES.  December 16, 1940.

No. 449.  VERNON *v.* ALABAMA.  December 16, 1940.

No. 462.  BURGESS, CO-ADMINISTRATRIX, ET AL. *v.* RELIANCE LIFE INSURANCE CO.  December 16, 1940.

No. 499.  NEELY *v.* MERCHANTS TRUST COMPANY, ADMINISTRATOR, ET AL.  December 16, 1940.

No. 518.  OBEAR-NESTER GLASS CO. *v.* WALGREEN DRUG STORES, INC. ET AL.  December 16, 1940.

No. 31.  AMERICAN UNITED MUTUAL LIFE INSURANCE CO. *v.* CITY OF AVON PARK.  December 23, 1940.

No. —, original.  EX PARTE EDWARD QUINN.  January 6, 1941.

No. 32.  FIDELITY UNION TRUST CO. ET AL. *v.* FIELD.  January 6, 1941.

No. 267.  SIX COMPANIES OF CALIFORNIA ET AL. *v.* JOINT HIGHWAY DISTRICT No. 13 OF CALIFORNIA.  January 6, 1941.